FILED _____ LODGED
_____ RECEIVED

JUN 1 2 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY

# UNITED STATES DISTRICT COURT
## FOR THE
### WESTERN DISTRICT OF WASHINGTON

Isabel Valencia-Perez,

        Plaintiff

vs.

Schermerhorn, et al.

)
)
)
)
) No. C08-920 RSM
)
) PRAECIPE
)
)
)
)

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

You will please _not issue Summons at this time because the plaintiff intends to seek waiver of Service of Summons from the named defendants._

_____

Joseph R. Diaz, WSB #16170
Attorney for Plaintiff

Not issd



**08-CV-00920-PRAE**