1

THE HONORABLE RICARDO S. MARTINEZ

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
9                              AT SEATTLE

10   ISABEL VALENCIA-PEREZ,

11                              Plaintiff,    NO. C08-0920 RSM

12              v.                            STIPULATION FOR AND AGREED
                                              ORDER FOR RELIEF FROM THE
13   DARYL SCHERMERHORN, in his               COURT'S ORDER SETTING
     individual capacity and "JANE DOE"       TRIAL ALLOWING THE
14   SCHERMERHORN, as a marital               PLAINTIFF'S FIRST AMENDED
     community; STEVEN MALPEZZI, in his       COMPLAINT TO JOIN AN
15                                            ADDITIONAL PARTY
     individual capacity and "JANE DOE"
16   MALPEZZI, as a marital community;

17
                                Defendants.
18

19          COME NOW the parties, by and through their undersigned attorneys of record,

20   and by way of Stipulation request that the Court entry an Agreed Order allowing for the

21   following relief:

22          1.      That the Court relieve the Plaintiff from the Court's Order Setting Trial

23   date deadline for the adding of additional parties by allowing the Plaintiff to add the

24   United State of America as a party defendant this matter; and

25

26

STIPULATION FOR AND AGREED ORDER FOR RELIEF FROM          **DAVIES PEARSON**, P.C.
THE COURT'S ORDER SETTING TRIAL ALLOWING THE                  ATTORNEYS AT LAW
PLAINTIFF'S FIRST AMENDED COMPLAINT TO JOIN AN            920 FAWCETT -- P.O. BOX 1657
ADDITIONAL PARTY                                          TACOMA, WASHINGTON 98401
                                                          TELEPHONE (253) 620-1500
Page 1 of 3                                               TOLL-FREE (800) 439-1112
mkb s:\martinez\valencia-perez08-920.stip-ord-amend.doc    FAX (253) 572-3052

1      2.      That Plaintiff Isabel Valencia-Perez be granted leave of Court to file the

2  proposed Plaintiff's First Amended Complaint for Damages attached as Exhibit A hereto.

3      The parties seek this order to help facilitate settlement in this matter which has

4  been tentatively reached but needs the United States of America, United States

5  Department of Homeland Security as a party to the instant action.

6  DAVIES PEARSON, P.C.                           JOSEPH P. RUSSONIELLO
                                                   United States Attorney
7

8

9  s/Joseph M. Diaz                               s/Neill T. Tseng
10 Joseph M. Diaz, WSBA #16170                     NEILL T. TSENG
   Of Attorneys for Plaintiff                     Assistant United States Attorney
11                                                 Attorney for Defendants

12

13                                **ORDER**

14     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Plaintiff be

15 granted relief from the Court's Order Setting Trial by allowing the Plaintiff to add the

16 United States of America as a party defendant; and it is further

17     ORDERED, ADJUDGED, AND DECREED, that the Plaintiff is granted leave of

18 Court to file the Plaintiff's First Amended Complaint for Damages as proposed.

19     DATED: September 17, 2009

20

21

22

23                                   RICARDO S. MARTINEZ
24                                   UNITED STATES DISTRICT JUDGE

25

26

STIPULATION FOR AND AGREED ORDER FOR RELIEF FROM
THE COURT'S ORDER SETTING TRIAL ALLOWING THE
PLAINTIFF'S FIRST AMENDED COMPLAINT TO JOIN AN
ADDITIONAL PARTY
Page 2 of 3
mkb s:\martinez\valencia-perez08-920.stip-ord-amend.doc

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

1

2

3 Presented by:

4 DAVIES PEARSON, P.C.

5

6
s/Joseph M. Diaz
7 Joseph M. Diaz, WSBA #16170
8 Of Attorneys for Plaintiff
jdiaz@dpearson.com
9

10 Approved for entry:

11 JOSEPH P. RUSSONIELLO
12 United States Attorney

13

14 s/Neill T. Tseng
15 NEILL T. TSENG
Assistant United States Attorney
16 Attorney for Defendants
Neill.Tseng@usdoj.gov
17

18

19

20

21

22

23

24

25

26

STIPULATION FOR AND AGREED ORDER FOR RELIEF FROM
THE COURT'S ORDER SETTING TRIAL ALLOWING THE
PLAINTIFF'S FIRST AMENDED COMPLAINT TO JOIN AN
ADDITIONAL PARTY

mkb s:\martinez\valencia-perez08-920.stip-ord-amend.doc

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052