1          THE HONORABLE RICARDO S. MARTINEZ

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                      AT SEATTLE

10   ISABEL VALENCIA-PEREZ,                    )
                                               )   No.  C 08-0920 RSM
11              Plaintiff,                      )
                                               )
12   v.                                        )   STIPULATION AND AGREEMENT
                                               )   FOR COMPROMISE SETTLEMENT
13                                             )   AND RELEASE; [PROPOSED] ORDER
     DARYL SCHERMERHORN, in his                )
14   individual capacity and "JANE DOE"        )
     SCHERMERHORN, as a marital                )
15   community; STEVEN MALPEZZI, in            )
     his individual capacity and "JANE DOE"    )
16   MALPEZZI, as a marital community;         )
     THE UNITED STATES OF AMERICA,             )
17                                             )
                Defendants.                    )
18   _____)

19          THE PARTIES AND THEIR ATTORNEYS OF RECORD HEREBY SUBMIT THE

20   FOLLOWING STIPULATION AND AGREEMENT FOR COMPROMISE SETTLEMENT

21   AND RELEASE (the "Stipulation and Agreement"):

22          1.  This Stipulation and Agreement is entered into by and between plaintiff Isabel

23   Valencia-Perez ("Plaintiff") and defendants Daryl Schermerhorn, in his individual capacity and

24   "Jane Doe" Schermerhorn, as a marital community; Steven Malpezzi, in his individual capacity

25   and "Jane Doe" Malpezzi, as a marital community; and the United States of America (the

26   "USA") (collectively, "Defendants").

27   STIPULATION AND AGREEMENT FOR COMPROMISE SETTLEMENT AND RELEASE;
     [PROPOSED] ORDER
28   Case No. C 08-0920 RSM

1    2.    The parties to this Stipulation and Agreement do hereby agree to settle,

2  compromise and dismiss the above-captioned action ("This Action") under the terms and

3  conditions set forth herein.

4    3.    The USA will pay Plaintiff the sum of Forty-eight thousand dollars and no cents

5  ($48,000.00), which shall be in full settlement and satisfaction of any and all claims, demands,

6  rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and

7  all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to

8  property and the consequences thereof, resulting, and to result, from the facts, circumstances,

9  subject matter or allegations that gave rise to the above-captioned lawsuit, for which Plaintiff or

10  his heirs, executors, administrators or assigns, and each of them, now have or may hereafter

11  acquire against Defendants or Defendants' agents, servants or employees.

12    4.    This Stipulation and Agreement is entered into by all parties for the purpose of

13  compromising disputed claims and avoiding the expenses and risks of litigation.  This Stipulation

14  and Agreement is not, is not intended to be, and should not be construed as, an admission of

15  liability, fault, wrongdoing, or violation of law, rules, or regulations on the part of Defendants or

16  any of their predecessor or current agencies, employees, agents, attorneys, successors or assigns.

17    5.    This Stipulation and Agreement may be pled as a full and complete defense to any

18  action or other proceeding that arises out of the claims released and discharged by this

19  Stipulation and Agreement, and/or the facts, circumstances, subject matter or allegations giving

20  rise to those claims, which are also released and discharged by this Stipulation and Agreement.

21    6.    It is also agreed, by and among the parties, that the settlement amount of

22  Forty-eight thousand dollars and no cents ($48,000.00) to be paid by the USA to Plaintiff

23  represents the entire amount of the compromise settlement and that the respective parties will

24  each bear their own costs, fees, and expenses and that any attorney's fees owed by Plaintiff will

25  be paid out of the settlement amount and not in addition thereto.  Neither Plaintiff nor any of his

26  attorneys may make any additional claim for attorney's fees or other costs against Defendants or

27  STIPULATION AND AGREEMENT FOR COMPROMISE SETTLEMENT AND RELEASE;
   [PROPOSED] ORDER

28  Case No. C 08-0920 RSM                    2

1  Defendants' agents, servants or employees.

2      7.      Payment of the settlement amount will be made by a check payable to

3  "Davies Pearson, P.C." The check will be delivered to Plaintiff's attorney at the following

4  address:

5          Joseph M. Diaz
           Davies Pearson, P.C.
6          920 Fawcett Avenue
           P.O. Box 1657
7          Tacoma, Washington 98401

8      8.      Plaintiff and his attorneys are responsible for payment of any taxes that may be

9  due on the settlement proceeds. Defendants make no representation as to any tax consequences

10 or liabilities Plaintiff or his attorney may incur as a result of this settlement. Defendants will not

11 withhold any taxes of any kind. The determination of Plaintiff's tax liability, if any, is a matter

12 solely between Plaintiff, his attorneys, the IRS and/or state and local tax authorities.

13     9.      In consideration of the payment referred to in paragraphs 3 and 6 above, Plaintiff

14 agrees that he will, immediately upon execution of this Stipulation and Agreement, execute a

15 Stipulation of Dismissal, which stipulation shall dismiss with prejudice all claims that were

16 asserted or could have been asserted in This Action. The fully-executed Stipulation of Dismissal

17 will be held by counsel for Defendants and will not be filed with the Court until payment of the

18 sum referenced in paragraphs 3 and 6 herein is made. Plaintiff is advised that settlement checks

19 are sometimes not available for up to sixty (60) days after approval of the settlement by the

20 Court.

21     10.     In consideration of the payment referred to in paragraphs 3 and 6 above, Plaintiff

22 hereby releases and forever discharges Defendants and any and all of Defendants' predecessor

23 and current agencies, officials, employees, agents, attorneys, successors and assigns from any and

24 all obligations, damages, liabilities, actions, causes of actions, claims and demands of any kind

25 and nature whatsoever, whether suspected or unsuspected, arising at law or in equity, arising

26 from or by reason of any and all known, unknown, foreseen or unforeseen injuries, and the

27 STIPULATION AND AGREEMENT FOR COMPROMISE SETTLEMENT AND RELEASE;
   [PROPOSED] ORDER
28 Case No. C 08-0920 RSM                      3

1  consequences thereof, resulting from the facts, circumstances, subject matter or allegations that

2  gave rise to This Action.

3       11.    The parties agree that this Stipulation and Agreement is intended to be a full and

4  final settlement of all claims arising out of the allegations set forth in Plaintiff's pleadings in This

5  Action.  Plaintiff agrees to indemnify and hold harmless Defendants from any and all claims,

6  demands, obligations, liens, and lawsuits brought against Defendants, their agencies or

7  employees on account of the same subject matter that gave rise to This Action.

8       12.    This Stipulation and Agreement shall constitute the entire agreement between the

9  parties, and it is expressly understood and agreed that the agreement has been freely and

10  voluntarily entered into by the parties hereto with the advice of counsel, who have explained the

11  legal effect of this Stipulation and Agreement.  The parties further acknowledge that no

12  warranties or representations have been made on any subject other than as set forth in this

13  Agreement.  This Stipulation and Agreement may not be altered, modified or otherwise changed

14  in any respect except by writing, duly executed by all of the parties or their authorized

15  representatives.

16       13.    The parties agree that, should any dispute arise with respect to the implementation

17  of the terms of this Agreement, Plaintiff shall not seek to rescind the Agreement and pursue his

18  original causes of action.  Plaintiff's sole remedy in such a dispute is an action to enforce this

19  Stipulation and Agreement in district court.  The parties agree that the district court will retain

20  jurisdiction over this matter for the purposes of resolving any dispute alleging a breach of this

21  Stipulation and Agreement.

22       14.    Each party acknowledges that he/she/it has been represented by and has relied

23  upon independent counsel in negotiating, preparing and entering into this Stipulation and

24  Agreement and that each party has had the contents of this Stipulation and Agreement fully

25  explained by counsel and that each party is fully aware of and understands all of the terms of the

26  Stipulation and Agreement and the legal consequences thereof.  It is further acknowledged that

27  STIPULATION AND AGREEMENT FOR COMPROMISE SETTLEMENT AND RELEASE;
[PROPOSED] ORDER

28  Case No. C 08-0920 RSM               4

1  the Parties have mutually participated in the drafting of this Stipulation and Agreement and it is

2  agreed that no provision herein shall be construed against any party hereto by virtue of the

3  drafting of this Stipulation and Agreement.

4     15.    If any provision of this Stipulation and Agreement shall be held invalid, illegal, or

5  unenforceable, the validity, legality, and enforceability of the remaining provisions shall not in

6  any way be affected or impaired thereby.

7     16.    This Stipulation and Agreement may be executed in counterparts by the parties

8  hereto, each of which shall be deemed an original, and which together shall constitute one and

9  the same instrument, having the same force and effect as if a single original had been executed by

10  all parties.  The parties agree to accept facsimile transmission signatures and PDFs transmitted by

11  e-mail as though they were original signatures on this document.

12     17.    The persons signing this Stipulation and Agreement warrant and represent that

13  they possess full authority to bind the persons on whose behalf they are signing to the terms of

14  this Stipulation and Agreement.

15     SO STIPULATED.

16                              Respectfully submitted,

17

18  DATED: 11-02-09

19                              ISABEL VALENCIA-PEREZ
                                Plaintiff

20

21

22  DATED: 11-3-09

                                JOSEPH M. DIAZ    WSB #10170
23                              Davies Pearson, P.C.
                                Attorney for Plaintiff
24

25

26

27  STIPULATION AND AGREEMENT FOR COMPROMISE SETTLEMENT AND RELEASE;
    [PROPOSED] ORDER
28  Case No. C 08-0920 RSM                5

1

2

JOSEPH P. RUSSONIELLO
United States Attorney

3

4 DATED: 11/4/09

NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendants

5

6

7

8 DATED: 11/4/09

DARYL SCHERMERHORN
Defendant

9

10

11 DATED: NOVEMBER 3, 2009

STEVEN MALPEZZI
Defendant

12

13

**APPROVED AND SO ORDERED.**

14

15

16

17 DATED:

HON. RICARDO S. MARTINEZ
United States District Judge

18

19

20

21

22

23

24

25

26

27 STIPULATION AND AGREEMENT FOR COMPROMISE SETTLEMENT AND RELEASE;
[PROPOSED] ORDER

28 Case No. C 08-0920 RSM                                6